IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANTHONY SCOTT WHITE                                                                    PETITIONER

v.                                          Case No. 4:19-cr-4083

JACKIE RUNION,
Sheriff, Miller County, Arkansas                                                       RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed August 26, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 5. Judge Bryant recommends that Petitioner Anthony Scott White's Petition for a Writ of *Habeas Corpus* under 28 U.S.C. § 2241 (ECF No. 1) be dismissed. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, White's Petition for a Writ of *Habeas Corpus* under 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of September, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge